IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

BARBARA JACKSON and
DONALD JACKSON,

                Plaintiffs,

v.                                    CIVIL ACTION NO.   5:12-cv-05516

FIRST FINANCIAL INVESTMENT FUND VI, LLC
and MIG CAPITAL MANAGEMENT, INC.,

                Defendants.

## DISMISSAL ORDER

On this date, the Court was advised by counsel that the above-styled civil action has been compromised and settled.   Therefore, after careful consideration, the Court does hereby **ORDER** that the remaining requirements and deadlines contained in the scheduling order be suspended and that this action be **DISMISSED WITH PREJUDICE and STRICKEN** from the docket of the Court.   The Court further **ORDERS** that any pending motions be **TERMINATED AS MOOT** and that this civil action may be reinstated only upon written motion of one of the parties alleging good cause for such reinstatement and filed within thirty (30) days of the entry of this Order.

Lastly, the Court **DIRECTS** the Clerk of this Court to send a certified copy of this Order to any pro se party and to all counsel of record.

                ENTER:      December 17, 2012

*[signature: Irene C. Berger]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

1